**Opinion issued December 13, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-12-00654-CV**

_____

## IN THE INTEREST OF A.G.C.M., II, A CHILD

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-00688J**

---

## MEMORANDUM OPINION

Appellant, D.S.,[1] appeals the trial court's final order terminating her parental

rights to the minor child, A.G.C.M., II.  Appellant's appointed counsel has filed a

motion to withdraw, along with an *Anders* brief asserting that the appeal is without

merit and that there are no arguable grounds for reversal.  *See Anders v. California*,

---

[1]     To protect the identity of the minor child, we refer to appellant and the child by
initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West Supp. 2012); TEX. R. APP.
P. 9.8.

386 U.S. 738, 87 S. Ct. 1396 (1967). We affirm the trial court's judgment and grant counsel's motion to withdraw.

The procedures set forth in *Anders* are applicable to an appeal from a trial court's order terminating parental rights when, as here, the appellant's appointed appellate counsel concludes that there are no non-frivolous issues to assert on appeal. *See Taylor v. Texas Dep't of Protective and Regulatory Servs.*, 160 S.W.3d 641, 646–47 (Tex. App.—Austin 2005, pet. denied); *In re D.E.S.*, 135 S.W.3d 326, 330 (Tex. App.—Houston [14th Dist.] 2004, no pet.); *In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.).

Counsel has filed a brief in accordance with *Anders*. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400. Counsel presents a professional evaluation of the record and demonstrates why there are no arguable grounds for reversal. *See id.*; *Taylor*, 160 S.W.3d at 646–47. Counsel concludes that, after a thorough review of the record, appellant's appeal of the termination of her parental rights is frivolous and without merit. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *In re K.D.*, 127 S.W.3d at 67. Counsel has certified that she has delivered a copy of the brief to appellant and has informed appellant of her right to examine the appellate record and to file a response. *See In re D.E.S.*, 135 S.W.3d at 329; *In re K.D.*, 127 S.W.3d at 67. This Court has also notified appellant of her right to review the record and to file a pro se response. Appellant has not filed a response.

2

We have independently reviewed the entire record and counsel's *Anders* brief. *See In re D.E.S.*, 135 S.W.3d at 330; *In re K.D.*, 127 S.W.3d at 67; *see also Johnson v. Dep't of Family & Protective Servs.*, No. 01-08-00749-CV, 2010 WL 5186806, at \*1 (Tex. App.—Houston [1st Dist.] Dec. 23, 2010, no pet.) (not designated for publication). We agree with counsel's assessment that the appeal is frivolous and without merit.

Accordingly, we affirm the judgment of the trial court and grant counsel's motion to withdraw.[2] Attorney Amy Ngo Lacy must immediately send the notice required by Texas Rule of Appellate Procedure 6.5(c) and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

Laura Carter Higley
Justice

Panel consists of Justices Jennings, Higley, and Sharp.

---

[2] Appointed counsel still has a duty to inform appellant of the result of this appeal and notify appellant that she may, on her own, pursue a petition for review in the Supreme Court of Texas. *See In re K.D.*, 127 S.W.3d 66, 68 at n.3 (Tex. App.—Houston [1st Dist.] 2003, no pet.).